354 A.2d 255
COMMONWEALTH of Pennsylvania

v.

Robert ANDERSON, Appellant (two cases).

Supreme Court of Pennsylvania.

April 7, 1976.

George S. Pressman, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Maxine Stotland, Asst. Dist. Attys., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Judgments of sentence affirmed.